

Xylem Inc   1 International Drive Rye Brook, NY 10573
Kim Garbo   99 Ilion Street Tonawanda, NY 14150

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kim Garbo | Xylem Inc | | 08/07/2021 | 08/20/2021 | 08/20/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,298.40 | 79.17 | 589.24 | 30.18 | 1,599.81 |
| YTD | 1,352.00 | 39,144.54 | 1,345.89 | 10,103.47 | 1,613.49 | 26,081.69 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hourly Autc | 08/07/2021 - 08/20/2021 | 80 | 28.73 | 2,298.40 | 1080 | 30,900.96 |
| Bonus | | | 0 | | 0 | 1,163.89 |
| Covid | | | 0 | | 32 | 919.36 |
| Disability | | | 0 | | 80 | 1,608.89 |
| Regular Hourly Autc | 07/10/2021 - 07/15/2021 | 32 | 28.73 | 919.36 | | |
| Regular Hourly Autc | 07/10/2021 - 07/15/2021 | -32 | 28.73 | -919.36 | | |
| Regular Hourly Autc | 08/02/2021 - 08/06/2021 | 32 | 28.73 | 919.36 | | |
| Regular Hourly Autc | 08/02/2021 - 08/06/2021 | -40 | 28.73 | -1,149.20 | | |
| Holiday | | | 0 | | 56 | 1,591.60 |
| PTO | 07/31/2021 - 08/06/2021 | 8 | 28.73 | 229.84 | 104 | 2,959.84 |
| Earnings | | | | 2,298.40 | | 39,144.54 |

### Statutory Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 137.65 | 2,344.53 |
| Medicare | 32.20 | 548.32 |
| Federal Withholding | 296.29 | 5,070.78 |
| State Tax - NY | 111.44 | 1,941.24 |
| New York Paid Family Leave - NYPI | 11.66 | 198.60 |
| Statutory Taxes | 589.24 | 10,103.47 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pretax | 17.04 | 289.68 |
| Medical | 58.15 | 988.55 |
| Vision | 3.98 | 67.66 |
| Pre Tax Deductions | 79.17 | 1,345.89 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan (001) | | 1,133.72 |
| Accident/Critical Illness | 7.80 | 132.60 |
| Employee Life Cost | 22.38 | 347.17 |
| Post Tax Deductions | 30.18 | 1,613.49 |

### Employer Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| GTL | 0.96 | 16.32 |
| HSA ER Contribution | 0.00 | 2,000.01 |
| RSP Core Contribution - Employer | 91.94 | 1,565.85 |
| Wellness Incentive | | 300.04 |
| Employer Paid Benefits/Taxable Benefits | 92.90 | 3,882.22 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,220.19 | 37,814.97 |
| Medicare - Taxable Wages | 2,220.19 | 37,814.97 |
| Federal Withholding - Taxable Wages | 2,220.19 | 37,814.97 |
| State Tax Taxable Wages - NY | 2,220.19 | 37,814.97 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single or Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 5 | 5 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserve PTO | 0 | 0 | 0 |
| US PTO | 3.88 | 0 | 25.23 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Not Available | Not Available ** | ******( | | 1,124.81 | USD |
| Not Available | Not Available ** | **** | | 475.00 | USD |



Xylem Inc  1 International Drive Rye Brook, NY 10573
Kim Garbo  99 Ilion Street Tonawanda, NY 14150

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kim Garbo | Xylem Inc | | 08/21/2021 | 09/03/2021 | 09/03/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,298.40 | 79.17 | 589.23 | 30.18 | 1,599.82 |
| YTD | 1,432.00 | 41,442.94 | 1,425.06 | 10,692.70 | 1,643.67 | 27,681.51 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hourly Auto | 08/21/2021 - 09/03/2021 | 80 | 28.73 | 2,298.40 | 1124 | 32,165.08 |
| Bonus | | | 0 | | 0 | 1,163.89 |
| Covid | | | 0 | | 32 | 919.36 |
| Disability | | | 0 | | 80 | 1,608.89 |
| Regular Hourly Auto | 08/07/2021 - 08/13/2021 | -40 | 28.73 | -1,149.20 | | |
| Regular Hourly Auto | 08/07/2021 - 08/13/2021 | 40 | 28.73 | 1,149.20 | | |
| Regular Hourly Auto | 08/14/2021 - 08/20/2021 | -40 | 28.73 | -1,149.20 | | |
| Regular Hourly Auto | 08/14/2021 - 08/20/2021 | 4 | 28.73 | 114.92 | | |
| Holiday | | | 0 | | 56 | 1,591.60 |
| PTO | 08/14/2021 - 08/20/2021 | 36 | 28.73 | 1,034.28 | 140 | 3,994.12 |
| Earnings | | | | 2,298.40 | | 41,442.94 |

### Statutory Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 137.65 | 2,482.18 |
| Medicare | 32.19 | 580.51 |
| Federal Withholding | 296.29 | 5,367.07 |
| State Tax - NY | 111.44 | 2,052.68 |
| New York Paid Family Leave - NYPI | 11.66 | 210.26 |
| Statutory Taxes | 589.23 | 10,692.70 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pretax | 17.04 | 306.72 |
| Medical | 58.15 | 1,046.70 |
| Vision | 3.98 | 71.64 |
| Pre Tax Deductions | 79.17 | 1,425.06 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan (001) | | 1,133.72 |
| Accident/Critical Illness | 7.80 | 140.40 |
| Employee Life Cost | 22.38 | 369.55 |
| Post Tax Deductions | 30.18 | 1,643.67 |

### Employer Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| GTL | 0.96 | 17.28 |
| HSA ER Contribution | 0.00 | 2,000.01 |
| RSP Core Contribution - Employer | 91.94 | 1,657.79 |
| Wellness Incentive | | 300.04 |
| Employer Paid Benefits/Taxable Benefits | 92.90 | 3,975.12 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,220.19 | 40,035.16 |
| Medicare - Taxable Wages | 2,220.19 | 40,035.16 |
| Federal Withholding - Taxable Wages | 2,220.19 | 40,035.16 |
| State Tax Taxable Wages - NY | 2,220.19 | 40,035.16 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single or Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 5 | 5 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserve PTO | 0 | 0 | 0 |
| US PTO | 7.76 | 0 | -3.01 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Not Available | Not Available **** | ****** | | 1,124.82 | USD |
| Not Available | Not Available **** | ***** | | 475.00 | USD |



Xylem Inc  1 International Drive Rye Brook, NY 10573
Kim Garbo  99 Ilion Street Tonawanda, NY 14150

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kim Garbo | Xylem Inc | | 09/04/2021 | 09/17/2021 | 09/17/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,298.40 | 79.17 | 589.23 | 30.18 | 1,599.82 |
| YTD | 1,512.00 | 43,741.34 | 1,504.23 | 11,281.93 | 1,673.85 | 29,281.33 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hourly Aut | 09/04/2021 - 09/17/2021 | 80 | 28.73 | 2,298.40 | 1204 | 34,463.48 |
| Bonus | | | 0 | | 0 | 1,163.89 |
| Covid | | | 0 | | 32 | 919.36 |
| Disability | | | 0 | | 80 | 1,608.89 |
| Regular Hourly Aut | 08/21/2021 - 08/27/2021 | -40 | 28.73 | -1,149.20 | | |
| Regular Hourly Aut | 08/21/2021 - 08/27/2021 | 40 | 28.73 | 1,149.20 | | |
| Regular Hourly Aut | 08/28/2021 - 09/03/2021 | -40 | 28.73 | -1,149.20 | | |
| Regular Hourly Aut | 08/28/2021 - 09/03/2021 | 40 | 28.73 | 1,149.20 | | |
| Holiday | | | 0 | | 56 | 1,591.60 |
| PTO | | | 0 | | 140 | 3,994.12 |
| Earnings | | | | 2,298.40 | | 43,741.34 |

### Statutory Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 137.65 | 2,619.83 |
| Medicare | 32.19 | 612.70 |
| Federal Withholding | 296.29 | 5,663.36 |
| State Tax - NY | 111.44 | 2,164.12 |
| New York Paid Family Leave - NYPF | 11.66 | 221.92 |
| Statutory Taxes | 589.23 | 11,281.93 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pretax | 17.04 | 323.76 |
| Medical | 58.15 | 1,104.85 |
| Vision | 3.98 | 75.62 |
| Pre Tax Deductions | 79.17 | 1,504.23 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan (001) | | 1,133.72 |
| Accident/Critical Illness | 7.80 | 148.20 |
| Employee Life Cost | 22.38 | 391.93 |
| Post Tax Deductions | 30.18 | 1,673.85 |

### Employer Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| GTL | 0.96 | 18.24 |
| HSA ER Contribution | 0.00 | 2,000.01 |
| RSP Core Contribution - Employer | 91.94 | 1,749.73 |
| Wellness Incentive | | 300.04 |
| Employer Paid Benefits/Taxable Benefits | 92.90 | 4,068.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,220.19 | 42,255.35 |
| Medicare - Taxable Wages | 2,220.19 | 42,255.35 |
| Federal Withholding - Taxable Wages | 2,220.19 | 42,255.35 |
| State Tax Taxable Wages - NY | 2,220.19 | 42,255.35 |

### Federal / State

| Marital Status | Single | Single or Head of Household |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 5 | 5 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserve PTO | 0 | 0 | 0 |
| US PTO | 7.76 | 0 | 4.75 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Not Available | Not Available ***** | *** | | 1,124.82 | USD |
| Not Available | Not Available **** | ** | | 475.00 | USD |