# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 10/14/2021 |
| Case: 1−21−11053−CLB | Form ID: 309A | Total: 16 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Kim M. Garbo | 99 Ilion Street | Tonawanda, NY 14150 | |
| tr | Joseph G Frazier | Joseph G. Frazier | 280 East Ave | Lockport, NY 14094 |
| aty | Christopher J Tyrpak | Christopher J. Tyrpak, Atty at Law | 2560 Walden Avenue, Suite 110 | Cheektowaga, NY 14225 |
| 21882702 | Capital One | AttnL: Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 21882703 | Chase Card Services | Attn: Bankruptcy | Po Box 15298 | Wilmington, DE 19850 |
| 21882704 | Citi/Sears | Citibank/Centralized Bankruptcy | Po Box 790034 | St Louis, MO 63179 |
| 21882705 | Citizens Bank | One Citizens Drive | Ms: Rop 15b | Riverside, RI 02915 |
| 21882706 | Kohls/Capital One | Attn: Credit Administrator | Po Box 3043 | Milwaukee, WI 53201 |
| 21882707 | Macys/fdsb | Attn: Bankruptcy | 7 West Seventh Street | Cincinnati, OH 45202 |
| 21882708 | Niagara Frontier Volleyball | 425 Meyer Road | Buffalo, NY 14224 | |
| 21882709 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy | 120 Corporate Boulevard | Norfolk, VA 23502 |
| 21882710 | Security Credit Systems, Inc. | 100 River Rock Drive Suite 200 | Buffalo, NY 14207 | |
| 21882711 | Selip & Stylianou LLP | 199 Crossways Park Drive | Woodbury, NY 11797 | |
| 21882712 | Summit Federal Credit Union | Attn: Bankruptcy Dept | 100 Marina Dr | Rochester, NY 14626 |
| 21882713 | Target | c/o Financial & Retail Services | Mailstop BT PO Box 9475 | Minneapolis, MN 55440 |
| 21882714 | X−Cell Laboratories of WNY, Inc. | PO Box 8000 Dept. 586 | Buffalo, NY 14267 | |

TOTAL: 16