

Xylem Inc    1 International Drive Rye Brook, NY 10573
Kim Garbo    99 Ilion Street Tonawanda, NY 14150

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kim Garbo | Xylem Inc | | 09/18/2021 | 10/01/2021 | 10/01/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,298.40 | 79.17 | 589.24 | 30.18 | 1,599.81 |
| YTD | 1,592.00 | 46,039.74 | 1,583.40 | 11,871.17 | 1,704.03 | 30,881.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hourly Auto | 09/18/2021 - 10/01/2021 | 80 | 28.73 | 2,298.40 | 1268 | 36,302.20 |
| Bonus | | | 0 | | 0 | 1,163.89 |
| Covid | | | 0 | | 32 | 919.36 |
| Disability | | | 0 | | 80 | 1,608.89 |
| Regular Hourly Auto | 09/04/2021 - 09/10/2021 | 32 | 28.73 | 919.36 | | |
| Regular Hourly Auto | 09/04/2021 - 09/10/2021 | -40 | 28.73 | -1,149.20 | | |
| Regular Hourly Auto | 09/11/2021 - 09/17/2021 | -40 | 28.73 | -1,149.20 | | |
| Regular Hourly Auto | 09/11/2021 - 09/17/2021 | 32 | 28.73 | 919.36 | | |
| Holiday | 09/04/2021 - 09/10/2021 | 8 | 28.73 | 229.84 | 64 | 1,821.44 |
| PTO | 09/11/2021 - 09/17/2021 | 8 | 28.73 | 229.84 | 148 | 4,223.96 |
| Earnings | | | | 2,298.40 | | 46,039.74 |

### Statutory Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 137.65 | 2,757.48 |
| Medicare | 32.20 | 644.90 |
| Federal Withholding | 296.29 | 5,959.65 |
| State Tax - NY | 111.44 | 2,275.56 |
| New York Paid Family Leave - NYPF | 11.66 | 233.58 |
| Statutory Taxes | 589.24 | 11,871.17 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pretax | 17.04 | 340.80 |
| Medical | 58.15 | 1,163.00 |
| Vision | 3.98 | 79.60 |
| Pre Tax Deductions | 79.17 | 1,583.40 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan (001) | | 1,133.72 |
| Accident/Critical Illness | 7.80 | 156.00 |
| Employee Life Cost | 22.38 | 414.31 |
| Post Tax Deductions | 30.18 | 1,704.03 |

### Employer Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| GTL | 0.96 | 19.20 |
| HSA ER Contribution | 0.00 | 2,000.01 |
| RSP Core Contribution - Employer | 91.94 | 1,841.67 |
| Wellness Incentive | | 300.04 |
| Employer Paid Benefits/Taxable Benefits | 92.90 | 4,160.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,220.19 | 44,475.54 |
| Medicare - Taxable Wages | 2,220.19 | 44,475.54 |
| Federal Withholding - Taxable Wages | 2,220.19 | 44,475.54 |
| State Tax Taxable Wages - NY | 2,220.19 | 44,475.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single or Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 5 | 5 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserve PTO | 0 | 0 | 0 |
| US PTO | 7.76 | 0 | 4.51 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Not Available | Not Available ** | **** | | 1,124.81 | USD |
| Not Available | Not Available * | ** | | 475.00 | USD |