UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

    KIM M. GARBO                         Chapter 7
                                                Case 21-11053

    Debtor

## ORDER AVOIDING JUDGMENT LIEN

On consideration of the Motion filed herein seeking an Order avoiding judgment lien having come on regularly to be heard, and Christopher J. Tyrpak appearing for the Debtor and no one appearing in opposition; it is

ORDERED that the following judgment lien docketed in the Erie County Clerk's Office is avoided as against the Debtor's property located at 99 Ilion Street, Tonawanda, NY:

| | |
|---|---|
| Lienor: | Discover Bank |
| Defendant: | Joseph P. Garbo |
| Court: | City of Tonawanda |
| Rendered: | 12/20/2019 |
| Judgment Amount: | 3,310.63 |
| Liber/Page: | Q 329/696 |

Dated:_____                       _____

                                                     Hon. Carl L. Bucki
                                                     U.S. Bankruptcy Court, WDNY