UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE
    KIM M. GARBO

Chapter 7
Case 21-11053

Debtor

## CERTIFICATE OF SERVICE

I, Christopher J. Tyrpak, certify that on November 9, 2021 I served true and correct copies of the Motion to Avoid Judgment Lien on the following parties in the manner specified for each party below:

| | |
|---|---|
| Joseph G. Frazier<br>280 East Ave.<br>Lockport, NY 14094 | 1st Class Mail |
| Office of the United States Trustee<br>300 Pearl Street, Ste. 401<br>Buffalo, NY 14202 | 1st Class Mail |
| Discover Bank<br>Attn: Roger Hochschild, CEO<br>2500 Lake Cooke Road<br>Riverwoods, IL 60015 | Certified Mail |
| Kirschenbaum & Phillips PC<br>40 Daniel St. Ste. 7<br>POB 9000<br>Farmingdale, NY 11735 | 1st Class Mail |

/s/Christopher J. Tyrpak

Christopher J. Tyrpak
2560 Walden Ave. Ste. 112
Cheektowaga, NY 14225
716-288-9175