## Document Detail

**Doc Type:** DEED  #Pag

Type Code: D1B    Instr #: 199710230397

Rec Date/Time: 1997-10-23 @ 11:58:01 AM    Routing: V

Book Type: D    Book/Page: 10922 / 8068

Dwelling Type:

Consideration: $80,000.00

Transfer Tax#:

Legal Desc: CTON 36 12/8 S200A+ C1279

Document Return Info:

City:    State:    Zip:

## Parties

GRANTOR:    addr.
    CONNORS ROBERT R

GRANTEE:
    GARBO JOSEPH P
    MCKENZIE KIM M

## Lot/Block List

Long Legal 1:    Town:    Address:    Prop

                                                                              1    CTON

                99 ILION ST    2

CTON 36 12/8 S200A+ C1279

**EXHIBIT 1**

## Document Detail

**Doc Type:** DEED #Pag
Type Code: DEED   Instr #: 2021097069
Rec Date/Time: 2021-05-20 @ 09:35:11 AM   Routing: V
Book Type: D   Book/Page: 11380 / 4154

Dwelling Type: 1-3 FAMILY (A,B)
Consideration: $1.00
Transfer Tax#: TT2020021370
Legal Desc: CTON 36 12/8 S200A PS200 C1279

Document Return Info: KIM GARBO
99 ILION ST

City: TONAWANDA   State: N   Zip: 141!

## Parties

GRANTOR:
   GARBO JOSEPH P
GRANTEE:
   GARBO KIM M

## Lot/Block List

Long Legal 1:   Town:   Address:   Prop

99 ILION ST 14150   Tonawanda

View

```
53.30-4-28                      104 Ilion St
Orlando Louis M                 210 1 Family Res                            VETWAR C
Orlando Joanne M                Tonawanda City  141600          14,100 ENH STAR
102 Ilion                       101ft E Delaware  Gl 36        101,000     COUNTY
Tonawanda, NY 14150             L 300b Bl A                                  CITY
                                   45 X  120                                SCHOOL
                                FRNT  45.00 DPTH 120.00
                                             BANK      817
                                EAST-1071396 NRTH-1094530
                                DEED BOOK 11233  PG-4532
                                FULL MARKET VALUE             117,400
............................................................................

                                99 Ilion St
53.30-4-29                      210 1 Family Res                            BAS STAR
Garbo Joseph P                  Tonawanda City  141600          18,000     COUNTY
Garbo Kim M                     95 1pt 99 Ft E Dlawre Gl 36    139,000       CITY
99 Ilion St                     Ppl 200&200 A Bl A                          SCHOOL
Tonawanda, NY 14150                60 X  120                                (6000)
                                FRNT  60.00 DPTH 120.00
                                             BANK      100
                                EAST-1071344 NRTH-1094530
                                DEED BOOK 10922  PG-08068
                                FULL MARKET VALUE             161,600
............................................................................

                                89 Ilion St
53.30-4-30                      210 1 Family Res                            BAS STAR
Vicari Sally A                  Tonawanda City  141600          21,000     COUNTY
89 Ilion St                     57 1pt 95ft E Dlawre Gl 36     130,000       CITY
Tonawanda, NY 14150             Ppl 198&200 Bl A L 199                      SCHOOL
                                   60 X  120
                                FRNT  60.00 DPTH 120.00
                                EAST-1071275 NRTH-1094570
                                DEED BOOK 11173  PG-1019
                                FULL MARKET VALUE             151,200
............................................................................
```

Blumberg No. 5119 — EXHIBIT 2

B2400A/B ALT (Form 2400A/B ALT) (12/15)

☐ **Presumption of Undue Hardship**
☒ **No Presumption of Undue Hardship**
(Check box as directed in Part D: Debtor's Statement in Support of Reaffirmation Agreement.)

# UNITED STATES BANKRUPTCY COURT
## WESTERN District of NEW YORK

In re __KIM M. GARBO__,           Case No. 21-11053
         Debtor                    Chapter 7

## REAFFIRMATION AGREEMENT
*[Indicate all documents included in this filing by checking each applicable box.]*

☒ Part A: Disclosures, Instructions, and Notice to Debtor (pages 1 - 5)    ☒ Part D: Debtor's Statement in Support of Reaffirmation Agreement

☒ Part B: Reaffirmation Agreement    ☐ Part E: Motion for Court Approval

☒ Part C: Certification by Debtor's Attorney

*[Note: Complete Part E only if debtor was not represented by an attorney during the course of negotiating this agreement. Note also: If you complete Part E, you must prepare and file Form 2400C ALT - Order on Reaffirmation Agreement.]*

**Name of Creditor:** THE SUMMIT FEDERAL CREDIT UNION

☒ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act

### PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

**1. DISCLOSURE STATEMENT**

*Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:*

**SUMMARY OF REAFFIRMATION AGREEMENT**
This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**

The amount of debt you have agreed to reaffirm:    $ 90639.74

*The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have accrued as of the date of this disclosure. Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure. Consult your credit agreement.*

**EXHIBIT 3**

## Document Detail

**Doc Type:** TRANSCRIPT  #Pages: 2
Type Code: 100  Instr #: 2020017545
Rec Date/Time: 2020-01-23 @ 09:19:07  Routing: V
Book Type: Q  Book/Page: 329 / 696

Lwr Court Ref#: CV-00192-19/TO  Judgment Amt: $3,310.63
Where Perfected: ERIE  Court: CTY TONAW
Rendered Date: 12/20/2019  Old File#:

## Parties

DEFENDANT:

   GARBO JOSEPH P
   99 ILION ST
   TONAWANDA, NY 14150

PLAINTIFF:

   DISCOVER BANK
   2500 LAKE COOK RD
   RIVERWOODS, IL 60015

ATTORNEY:

   KIRSCHENBAUM&PHILLIPS PC
   40 DANIEL ST STE 7 POB 9000
   FARMINGDALE, NY 11735-9000

addr.

## Linked Documents

Type - Book/Page - Instr#

123 - K/659/9297 - 2021121783

View


EXHIBIT 4