**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

     Kim M. Garbo

               Debtor(s)

Case No.: 1−21−11053−CLB
Chapter: 7

SSN: xxx−xx−9253

## NOTICE THAT HEARING WILL BE HELD TELEPHONICALLY ONLY

PLEASE TAKE NOTICE that the hearing on the Motion to Avoid Lien to be held on **November 29, 2021 at 10:00 a.m.** will be held by **TELEPHONIC APPEARANCE ONLY.** To access the Telephone Conference System, parties should dial **571−353−2300**. When prompted for the "Number You Wish to Dial," enter: **066128168#**. When prompted for the "Security Pin," enter: **9999#**.

Telephone appearances are required pursuant to an Administrative Order or Case Management Order of the Bankruptcy Court. The Administrative Order, Case Management Order, and other information regarding Court operations during the COVID−19 pandemic can be found on the Court's website at https://www.nywb.uscourts.gov

Date: November 10, 2021

                                       Lisa Bertino Beaser
                                       Clerk of Court

*In the event of severe weather or other emergency situations, please call (716) 362−3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form teleBuff/Doc 14

www.nywb.uscourts.gov