# Notice Recipients

District/Off: 0209−1     User: admin     Date Created: 11/10/2021
Case: 1−21−11053−CLB     Form ID: teleBuff     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Christopher J Tyrpak     cjtyrpak@gmail.com

TOTAL: 1