# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Kim M. Garbo

                Debtor(s)

Case No.: 1−21−11053−CLB  
Chapter: 7

SSN: xxx−xx−9253

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document(s) contains deficiencies:

Docket # *12* – Motion to Avoid Lien with Discover Bank re: 99 Ilion Street, Tonawanda, NY 14150. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) Filed on behalf of Debtor Kim M. Garbo (Tyrpak, Christopher)

### MISSING OR INCOMPLETE:

[ ] Amendment is missing: [ ] Cover Sheet; [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities
    [ ] To efile, use: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
    [ ] To efile, use: Bankruptcy > Other > Cover Sheet.     [ ] To efile, use: Bankruptcy > Other > Certificate of Service.

[ ] The required Supplement to Official Form 103B is missing. Click here for Supplement.

[ ] Signature or Electronic Equivalent is missing from

[ ] The caption on the document(s) filed does not match the case caption in CM/ECF.

[ ] Official Form 423 is missing. Without a completed Form 423 AND certificate number, this case will be closed without the entry of a discharge order. **To efile, use: Bankruptcy > Other > Financial Management Course**.

[ ] Cover Sheet: **To efile, use: Bankruptcy > Other > Cover Sheet; link back to the original document.** NYW Cover Sheets

[ ] THIS CASE REASSIGNED TO JUDGE

[ ] File with a JUDGE hearing date.

[ ] Notice of Motion:

[ ] Notice of Motion: [ ] Incorrect Hearing Date; [ ] Incorrect Hearing Time; [ ] Incorrect Hearing Location.

[ ] Certificate of service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. The Clerk's office cannot give legal advice. **To efile, use: Bankruptcy > Other > Certificate of Service and link back to the original document.**

[ ] Certificate of service

[ ] Proposed Order

[ ] Chapter 13 Plan (Official Form 113): [ ] is missing the ; [ ] is missing the Exhibit: Total Amount of Estimated Trustee Payments; [ ] Current Version of Official Form 113 must be used, see Notice to Attorneys 17−02. *Certificate of Service of the plan* [ ] is missing; or does not include [ ] all creditors; [ ] complete mailing addresses; [ ] method of service. File a new Certificate of Service indicating proper service.

[ X ] Other: Exhibit 2 is not legible.

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362−3281.* **Motion Practice and Hearing Scheduling Guidelines can be found on the Court's website at: www.nywb.uscourts.gov**

[ X ] This motion **WILL** be considered by the Court.

[ ] To efile, use: Bankruptcy/Adversary > Motions > AMENDED MOTION. Link the Amended Motion to the original motion.

[ ] To efile, use: Bankruptcy >

Date: November 10, 2021        Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                  By: J. Nieves, Deputy Clerk

Form defygen/Doc 16
www.nywb.uscourts.gov