# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 11/10/2021 |
| Case: 1−21−11053−CLB | Form ID: defygen | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty        Christopher J Tyrpak        cjtyrpak@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Kim M. Garbo        99 Ilion Street        Tonawanda, NY 14150

TOTAL: 1