UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

### NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in cases originally scheduled for November 17, 2021 will now take place at the same date and time by telephone. <u>NO PERSONAL APPEARANCES PERMITTED</u>**

### INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE

1. All parties wishing to appear shall dial into the 341 meeting using the following dialing instructions:

    **Meeting Dial-in No: 877-988-2482**
    **Participant Code:  3922473#**

2. Parties should call in promptly at the time listed on the Notice of Section 341 Meeting.

3. Telephonic appearances shall be conducted in accordance with UST's current applicable procedures for telephonic meetings.

4. **IDENTIFICATION** - No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof and social security number.  Identification documents must be in accordance with current applicable procedures.

5. **ADMINISTRATION OF OATH** - Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths.  This form must be returned to the trustee immediately following the 341 meeting.

6. If strict compliance with the procedures set forth on #5 above are not possible or practical, the trustee can administer the oath telephonically ONLY IF PRIOR TO THE 341 MEETING debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in person; and (b) the attorney examined the debtor's original identification documents and social security number.

7. In every case, the trustee must receive one of these declarations, fully completed and signed.

**Joseph G. Frazier, Esq.**
Chapter 7 Bankruptcy Trustee
280 East Avenue
Lockport, NY 14094
Phone: 716-439-8619
trustee@joefrazierlaw.com