UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:

**Kim M. Garbo**                                        **Case No.  21-11053 CLB**
                                                        Chapter 7

Debtor(s)

_____

APPLICATION and ORDER

TO THE COURT:

     JOSEPH G. FRAZIER, Trustee duly appointed and serving in the above case hereby requests an Order approving the employment of the person or firm indicated below, and submits the information recited below as required by Rule 2014.

SPECIFIC FACTS SHOWING NECESSITY FOR SUCH EMPLOYMENT:
The trustee has determined that there may be the need for legal services in this case for matters including but not limited to applications for appointment of professionals, motions with relation to recovery of documents and/or assets of the bankruptcy estate, representation of the trustee at hearings on any motions, matters relating to the allowance of claims in this case and other miscellaneous legal services for the trustee

PERSON OR FIRM TO BE EMPLOYED: Joseph G. Frazier, PC, Attorney at Law

REASON FOR SELECTION OF THIS PERSON OR FIRM: Well qualified to provide legal services.

PROFESSIONAL SERVICE TO BE RENDERED: Legal Services.

ALL SUCH PERSON'S OR FIRM'S CONNECTIONS WITH THE DEBTOR, CREDITOR, OR OTHER PARTIES IN INTEREST OR THEIR RESPECTIVE ATTORNEYS AND ACCOUNTANTS: Joseph G. Frazier is the appointed trustee.

PROPOSED ARRANGEMENT FOR COMPENSATION: Hourly rate of $250.00.

ALL OF SUCH PERSON'S OR FIRM'S CONNECTIONS WITH THE DEBTOR, CREDITORS, OR OTHER PARTIES IN INTEREST, OR THEIR RESPECTIVE ATTORNEYS AND ACCOUNTANTS: None

**ALL COMPENSATION IS SUBJECT TO COURT APPROVAL.**

DATED: November 17, 2021

                          /s/ Joseph G. Frazier
                          Joseph G. Frazier
                          Chapter 7 Trustee

In re:

**Kim M. Garbo**                                         **Case No.  21-11053 CLB**
                                                          Chapter 7

Debtor(s)

## **ORDER**

ORDERED, pursuant to 11 U.S.C. § 327(a) the Trustee's employment of Joseph G. Frazier, PC, Attorney at Law, to serve as attorney for the trustee is approved.  Compensation is subject to Court approval; and it is further

ORDERED that ten business days prior to any increases in fee rates of the professional or any person employed by the professional retained by the Trustee pursuant to court order, said professional shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee.

BY THE COURT

DATED: _____

                              _____
                              Honorable Carl L. Bucki
                              United States Bankruptcy Judge