# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

   Kim M. Garbo, **Debtor**
   99 Ilion Street
   Tonawanda, NY 14150

Case No.: 1–21–11053–CLB
Chapter: 7

Last four digits of Social–Security or
Individual Taxpayer–Identification(ITIN) No(s).:   xxx–xx–9253 (Debtor)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the **Clerk, U.S. Bankruptcy Court, Western District of New York, 2 Niagara Square, Buffalo, New York 14202** on or before:

      **DATE: February 22, 2022**   For Creditors Other than Governmental Units
      **April 11, 2022**   For Governmental Units

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A Proof of Claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

   **There is no fee for filing the proof of claim.**

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Date: November 18, 2021      Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                         By: J. Nieves, Deputy Clerk

Form assetntc/Doc 23
www.nywb.uscourts.gov