# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 11/18/2021 |
| Case: 1−21−11053−CLB | Form ID: assetntc | Total: 18 |

**Recipients of Notice of Electronic Filing:**
aty          Christopher J Tyrpak          cjtyrpak@gmail.com

                                                                                                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Kim M. Garbo          99 Ilion Street          Tonawanda, NY 14150
tr           Joseph G Frazier          Joseph G. Frazier          280 East Ave          Lockport, NY 14094
cr          Synchrony Bank c/o PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
21882702     Capital One          AttnL: Bankruptcy          Po Box 30285          Salt Lake City, UT 84130
21882703     Chase Card Services          Attn: Bankruptcy          Po Box 15298          Wilmington, DE 19850
21882704     Citi/Sears          Citibank/Centralized Bankruptcy          Po Box 790034          St Louis, MO 63179
21882705     Citizens Bank          One Citizens Drive          Ms: Rop 15b          Riverside, RI 02915
21882706     Kohls/Capital One          Attn: Credit Administrator          Po Box 3043          Milwaukee, WI 53201
21882707     Macys/fdsb          Attn: Bankruptcy          7 West Seventh Street          Cincinnati, OH 45202
21882708     Niagara Frontier Volleyball          425 Meyer Road          Buffalo, NY 14224
21882839     PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
21882709     Portfolio Recovery Associates, LLC          Attn: Bankruptcy          120 Corporate Boulevard          Norfolk, VA 23502
21882710     Security Credit Systems, Inc.          100 River Rock Drive Suite 200          Buffalo, NY 14207
21882711     Selip & Stylianou LLP          199 Crossways Park Drive          Woodbury, NY 11797
21882712     Summit Federal Credit Union          Attn: Bankruptcy Dept          100 Marina Dr          Rochester, NY 14626
21882713     Target          c/o Financial & Retail Services          Mailstop BT PO Box 9475          Minneapolis, MN 55440
21882714     X−Cell Laboratories of WNY, Inc.          PO Box 8000 Dept. 586          Buffalo, NY 14267

                                                                                                                                                                                                         TOTAL: 17

Case 1-21-11053-CLB, Doc 23-1, Filed 11/18/21, Entered 11/18/21 08:51:10, Description: Asset Notice: Notice Recipients, Page 1 of 1