JH

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:

**Kim M. Garbo**　　　　　　　　　　　　**Case No. 21-11053 CLB**
　　　　　　　　　　　　　　　　　　　　Chapter 7
Debtor(s)

## ORDER

　　　ORDERED, pursuant to 11 U.S.C. § 327(a) the Trustee's employment of Joseph G. Frazier, PC, Attorney at Law, to serve as attorney for the trustee is approved. Compensation is subject to Court approval; and it is further

　　　ORDERED that ten business days prior to any increases in fee rates of the professional or any person employed by the professional retained by the Trustee pursuant to court order, said professional shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee.

BY THE COURT

DATED: ___NOV 2 2 2021___

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Carl L. Bucki
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge



FILED
NOV 2 2 2021
BANKRUPTCY COURT
BUFFALO, NY