# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–1 | User: admin | Date Created: 11/22/2021 |
| Case: 1–21–11053–CLB | Form ID: pdforder | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Joseph G Frazier     trustee@joefrazierlaw.com
aty     Christopher J Tyrpak     cjtyrpak@gmail.com
aty     Joseph G. Frazier     jfrazierlaw@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Kim M. Garbo     99 Ilion Street     Tonawanda, NY 14150

TOTAL: 1