UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 1–21–11053–CLB
    Kim M. Garbo  Chapter: 7

               Debtor(s)  SSN: xxx–xx–9253

## NOTICE THAT HEARING WILL BE HELD TELEPHONICALLY ONLY
– AND –
*** REVISED CALL–IN INSTRUCTIONS ***

**PLEASE TAKE NOTICE** that the hearing on the Motion to Avoid Lien to be held on **December 13, 2021 at 10:00 a.m.** will be held by **TELEPHONIC APPEARANCE ONLY.**

*** Please note, effective <u>December 6, 2021,</u>
parties must use the <u>NEW</u> Telephone Number and Meeting I.D. Number. ***

To access the Telephone Conference System, parties should dial **571–353–2301**. When prompted for the "Number You Wish to Dial," enter: **483077448#**. When prompted for the "Security Pin," enter: **9999#**.

Telephone appearances are required pursuant to an Administrative Order or Case Management Order of the Bankruptcy Court. The Administrative Order, Case Management Order, and other information regarding Court operations during the COVID–19 pandemic can be found on the Court's website at https://www.nywb.uscourts.gov

Date: November 30, 2021       Lisa Bertino Beaser
                                                            Clerk of Court

*In the event of severe weather or other emergency situations, please call (716) 362–3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form teleBuf2/Doc 32
www.nywb.uscourts.gov