# Notice Recipients

District/Off: 0209−1　　　User: admin　　　Date Created: 11/30/2021
Case: 1−21−11053−CLB　　　Form ID: teleBuf2　　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　Christopher J Tyrpak　　　cjtyrpak@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1