UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:  Case No. 21-11053 CLB

    KIM M. GARBO  Chapter 7
           Debtor.

**STIPULATION AND AGREED ORDER TO PROVIDE TAX RETURNS AND PRORATION OF TAX REFUNDS AND FOR GENERAL EXTENSION(S) OF TIME**

1. The undersigned debtor and counsel agree to deliver to the trustee, Joseph G. Frazier, at his office, true copies of the 2021 New York State and U.S. Treasury (IRS) tax returns when the returns are filed.

2. The undersigned debtor and counsel agree to deliver to the trustee, Joseph G. Frazier, at his office, any non-exempt pro-rated 2021 New York State and U.S. Treasury (IRS) tax refunds when the 2021 returns are filed.

3. The undersigned debtor and counsel agree that the following time limits are extended until sixty (60) days after the 2021 tax returns and any non-exempt refunds shown therein are delivered to the trustee:

   a. object to exemptions;
   b. object to discharge or dischargeability by the trustee or the United States Trustee;
   c. commence turnover proceedings;

_____  _____
Chistopher Tyrpak, Attorney for Debtor  Joseph G. Frazier, Chapter 7 Trustee

_____
Kim M. Garbo, Debtor

SO ORDERED.

Enter:   DEC 2 2 2021

_____
CARL L. BUCKI

FILED DEC 2 2 2021 BANKRUPTCY COURT