# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 12/22/2021
Case: 1−21−11053−CLB  Form ID: pdforder  Total: 4

**Recipients of Notice of Electronic Filing:**
tr  Joseph G Frazier  trustee@joefrazierlaw.com
aty  Christopher J Tyrpak  cjtyrpak@gmail.com
aty  Joseph G. Frazier  jfrazierlaw@aol.com
                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Kim M. Garbo  99 Ilion Street  Tonawanda, NY 14150
                                                                                                    TOTAL: 1