**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>    Kim M. Garbo<br><br>                Debtor(s) | Case No.: 1−21−11053−CLB<br>Chapter: 7<br><br>SSN: xxx−xx−9253 |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 24, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #38:    Decision and Order. Signed on 1/24/2022 (RE: related document(s)12 Motion to Avoid Lien filed by Debtor Kim M. Garbo). NOTICE OF ENTRY. (Nieves, J.)

Date: January 24, 2022                                                  Lisa Bertino Beaser
                                                                                Clerk of Court

Form ntcentry/Doc 38
www.nywb.uscourts.gov