# Notice Recipients

| District/Off: 0209−1 | User: admin | Date Created: 1/24/2022 |
|---|---|---|
| Case: 1−21−11053−CLB | Form ID: ntcentry | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Christopher J Tyrpak      cjtyrpak@gmail.com

                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Kim M. Garbo      99 Ilion Street      Tonawanda, NY 14150

                                                                                                                TOTAL: 1