**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: <br><br>    Kim M. Garbo <br><br>                    Debtor(s) | Case No.: 1−21−11053−CLB <br> Chapter: 7 <br><br> SSN: xxx−xx−9253 |

# NOTICE OF ENTRY

    **PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 27, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #41:   Decision and Order. Signed on 1/27/2022 (RE: related document(s)38 Decision and Order). NOTICE OF ENTRY. (Nieves, J.)

| | |
|---|---|
| Date: January 27, 2022 | Lisa Bertino Beaser <br> Clerk of Court |

Form ntcentry/Doc 41
www.nywb.uscourts.gov