# Notice Recipients

District/Off: 0209−1               User: admin               Date Created: 1/27/2022
Case: 1−21−11053−CLB              Form ID: ntcentry         Total: 2

**Recipients of Notice of Electronic Filing:**
aty          Christopher J Tyrpak        cjtyrpak@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Kim M. Garbo        99 Ilion Street        Tonawanda, NY 14150

TOTAL: 1