United States Bankruptcy Court
Western District of New York

| | |
|---|---|
| In re: | Case No. 21-11053-CLB |
| Kim M. Garbo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 27, 2022 | Form ID: ntcentry | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim M. Garbo, 99 Ilion Street, Tonawanda, NY 14150-5419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J Tyrpak | on behalf of Debtor Kim M. Garbo cjtyrpak@gmail.com |
| Joseph G Frazier | trustee@joefrazierlaw.com jfrazier@ecf.axosfs.com |
| Joseph G. Frazier | on behalf of Trustee Joseph G Frazier jfrazierlaw@aol.com |
| Joseph W. Allen, 11 | USTPRegion02.bu.ecf@usdoj.gov Joseph.W.Allen@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Kim M. Garbo

              Debtor(s)

Case No.: 1−21−11053−CLB
Chapter: 7

SSN: xxx−xx−9253

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 27, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #41:   Decision and Order. Signed on 1/27/2022 (RE: related document(s)38 Decision and Order). NOTICE OF ENTRY. (Nieves, J.)

Date: January 27, 2022                                         Lisa Bertino Beaser
                                                                               Clerk of Court

Form ntcentry/Doc 41
www.nywb.uscourts.gov