UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE
    KIM M. GARBO                                 Chapter 7
            Debtor                            Case 21-11053

---

## AFFIDAVIT

STATE OF NEW YORK      }
                                 }
COUNTY OF ERIE           }ss.:

KIM M. GARBO, being duly sworn does hereby state:

1. I am the debtor in the above-captioned Chapter 7 case filed on October 13, 2021 & make this Affidavit in response to the Hon. Carl L. Bucki's Amended Decision & Order entered in my case on January 27, 2022.

2. I have reviewed the schedules filed in my case. They disclose at the time of my case filing, the value of my assets that were not claimed exempt pursuant to 11 U.S.C. § 522 total $1,050.00.

3. On December 20, 2019, the only difference in the value of my non-exempt assets is that I did not yet own the firearm listed on Schedule A/B and therefore it would not have been as asset of mine.

4. On December 20, 2019, the balance in my KeyBank account was $105.23 & the balance in my Summit FCU account was $526.65 as evidenced by the attached bank statements.

5. The unsecured debt listed on my Chapter 7 petition totals $44,276.00. The amount of debt I had on or about December 20, 2019 was not substantially different than at the time I filed bankruptcy.

6. Based on the value of my non-exempt assets, I assert that my debts exceeded my non-exempt assets and would render me insolvent as defined by 11 U.S.C. § 101(32).

_____
Kim M. Garbo

Sworn to before me this
2* day of March 2022

_____
Notary Public

SUSAN L. CAPLE
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01CA6100041
My Commission Expires 10/14/20 23



KeyBank  
P.O. Box 93885  
Cleveland, OH 44101-5885

**Key Express Checking**  
**Statement**

December 26, 2019

T 0827 0000 R 58 T1

KIM M GARBO  
99 ILION ST  
TONAWANDA NY 14150-5419

*Questions about your account?*  
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*  
*KeyBank National Association*  
*P.O. Box 94825*  
*Cleveland, Ohio 44101*

*Get less mail and enroll in Online Statements today!*



### Key Express Checking                                  Account number:

Account title: KIM M GARBO

| | |
|---|---:|
| Balance on Nov 27, 2019 | $969.93 |
| Additions | |
|   Deposits | 1,966.24 |
| Deductions | |
|   Withdrawals | 2,874.04 |
|   Service fees and charges | 3.00 |
| Balance on Dec 26, 2019 | $59.13 |

### Deposits

| Date | Description | Amount |
|---|---|---:|
| 11-29 | Direct Deposit, Xylem Inc   Direct Dep | $771.33 |
| 12-2 | Mobile Check Deposit | 71.00 |
| 12-2 | Direct Deposit, The Hartford   Ebd Gipr P | 242.00 |
| 12-13 | Direct Deposit, Xylem Inc   Direct Dep | 881.91 |
| Total | | $1,966.24 |

### Withdrawals

| Date | Description | Amount |
|---|---|---:|
| 11-29 | POS   Exa Advance Auto P   W Seneca  NY | $23.91 |
| 11-29 | POS   Mac Big Lots 750   Tonawanda NY | 38.06 |
| 11-29 | Tops Markets #2 Tonawanda   NY USA | 9.97 |
| 11-29 | POS   Exa Wm Supercenter   Amhesrt  NY | 65.25 |
| 11-29 | POS   Mac Dick'S Sportin   Orchard PA NY | 46.76 |
| 11-29 | E-Check# 0000001015 Travelers Pi   Chkpaymt | 303.32 |
| 12-2 | JCPenney 1510  Amherst   NY USA | 118.58 |


Member FDIC  
Page 1 of 4

*Key Express Checking*
*Statement*

*December 26, 2019*

## Withdrawals (continued)

| Date | Description | Amount |
|---|---|---|
| 12-2 | Buffalo Gallery Amherst NY USA | 8.66 |
| 12-2 | Tim Hortons #91 Buffalo NY USA | 4.42 |
| 12-2 | Red Apple 320 Tonawanda NY USA | 14.67 |
| 12-2 | Amazon.Com*Am14 Amzn.Com/Bill WA USA | 0.95 |
| 12-2 | Traverse 8886782114 MN USA | 9.50 |
| 12-2 | Tops Markets #2 Tonawanda NY USA | 108.36 |
| 12-2 | Subway 0 Tonawanda NY USA | 7.93 |
| 12-3 | POS Mac Speedway 2700 Uni Cheektowag NY | 52.28 |
| 12-3 | POS Exa McDonald'S F74 Kenmore NY | 14.76 |
| 12-4 | Mighty Taco - S Tonawanda NY USA | 4.12 |
| 12-4 | POS Mac Sunoco 0050427 Tonawanda NY | 19.75 |
| 12-4 | Apple.Com/Bill 866-712-7753 CA USA | 14.10 |
| 12-4 | Express Scripts 877-5034073 MO USA | 2.56 |
| 12-5 | Applebees 75863 West Seneca NY USA | 28.75 |
| 12-6 | POS Mac Tjmaxx #0 3050 Amherst NY | 104.52 |
| 12-6 | POS Mac Burlington Sto Amherst NY | 19.22 |
| 12-6 | POS Mac Rite Aid Store Tonawanda NY | 26.84 |
| 12-6 | POS Exa Burger King #5 North Tona NY | 3.43 |
| 12-9 | Boscov'S 47 Erie PA USA | 12.44 |
| 12-9 | Boscov'S 47 Erie PA USA | 120.31 |
| 12-9 | Sq *Sq *Christm Erie PA USA | 29.85 |
| 12-9 | Sq *Sq *Courtya North East PA USA | 26.00 |
| 12-9 | Smugglers' Whar Erie PA USA | 58.86 |
| 12-9 | POS Mac Tjmaxx #0 2070 Erie PA | 10.59 |
| 12-9 | POS Exa Wal-Mart #2278 Erie PA | 10.88 |
| 12-9 | John'S Pizza An Tonawanda NY USA | 9.61 |
| 12-9 | POS Exa Wendy'S #3561 Buffalo NY | 6.58 |
| 12-10 | POS Mac Aldi 65074 Tonawanda NY | 77.66 |
| 12-10 | POS Mac Aldi 65074 Tonawanda NY | 1.99 |
| 12-10 | Tops Markets #2 Buffalo NY USA | 31.10 |
| 12-10 | POS Exa Wal-Mart Super Amhesrt NY | 27.74 |
| 12-11 | Subway 0 Amherst NY USA | 16.07 |
| 12-11 | POS Mac Sunoco 0363977 Amherst NY | 17.37 |
| 12-12 | Tops Markets #2 W Seneca NY USA | 2.90 |
| 12-12 | Netflix.Com Netflix.Com CA USA | 15.99 |
| 12-13 | POS Exa Burger King #5 Tonawanda NY | 4.35 |
| 12-13 | POS Mac Five Belo 1730 Buffalo NY | 24.14 |
| 12-13 | POS Exa Ollies Bargain Cheektowag NY | 34.78 |
| 12-13 | POS Exa Wal-Mart #2405 Hamburg NY | 33.72 |
| 12-13 | POS Mac Tjmaxx #0 3701 Buffalo NY | 26.18 |
| 12-16 | Amazon.Com*B107 Amzn.Com/Bill WA USA | 43.48 |
| 12-16 | Sunoco 00504274 Tonawanda NY USA | 30.48 |
| 12-16 | Tm *Def Leppard 800-653-8000 CA USA | 90.35 |
| 12-16 | Amzn Mktp US*Q3 Amzn.Com/Bill WA USA | 28.25 |
| 12-16 | Amzn Mktp US*1K Amzn.Com/Bill WA USA | 141.32 |
| 12-16 | POS Exa Sam'S Club Cheektowag NY | 39.74 |

Member FDIC
Page 2 of 4



*Key Express Checking*
*Statement*

*December 26, 2019*

### Withdrawals (continued)

| Date | Description | Amount |
|---|---|---|
| 12-16 | POS    Mac Bjs Whole 3060    Amherst  NY | 99.51 |
| 12-16 | POS    Mac Cts Store 1701    Amherst  NY | 17.35 |
| 12-16 | Blaze Pizza #12 Amherst    NY USA | 12.83 |
| 12-16 | McDonald'S F119 Tonawanda   NY USA | 5.63 |
| 12-16 | Texas Roadhouse Tonawanda   NY USA | 36.30 |
| 12-16 | Vera Bradley-Fa Niagara    NY USA | 11.34 |
| 12-17 | Amzn Mktp US*W8 Amzn.Com/Bill WA USA | 9.78 |
| 12-17 | Arbys 0650    West Seneca  NY USA | 6.08 |
| 12-17 | Sunoco 00504274 Tonawanda   NY USA | 30.04 |
| 12-17 | POS    Exa Wal-Mart Super    North Tona NY | 66.08 |
| 12-17 | POS    Mac Dollar Tr 4236    Tonawanda NY | 7.61 |
| 12-17 | POS    Mac Sunoco 0050427    Tonawanda NY | 17.37 |
| 12-18 | Tm *Def Leppard 800-653-8000 CA USA | 131.25 |
| 12-18 | T.C. Wheelers Tonawanda    NY USA | 11.46 |
| 12-18 | POS    Exa Wal-Mart Super    Amherst  NY | 78.12 |
| 12-18 | POS    Mac Dollar Tr 1551    Amherst  NY | 26.03 |
| 12-18 | POS    Mac Kohls 096 3115    Amherst  NY | 20.95 |
| 12-18 | POS    Mac Aldi 65074    Tonewanda NY | 54.70 |
| 12-19 | McDonald'S F226 Cheektowaga  NY USA | 3.89 |
| 12-19 | Amazon Prime*Z6 Amzn.Com/Bill WA USA | 129.41 |
| 12-19 | POS    Mac Tops Fuel #212 800  W Seneca  NY | 25.01 |
| 12-23 | POS    Exa Walgreens Stor    Tonawanda NY | 9.58 |
| 12-23 | POS    Mac Sunoco 0050427    Tonawanda NY | 12.86 |
| 12-24 | Mighty Taco - S Tonawanda   NY USA | 8.22 |
| 12-26 | Apple.Com/Bill 866-712-7753 CA USA | 15.34 |
| Total | | $2,874.04 |

### Service fees and charges

| Date | Service | Charge | Amount |
|---|---|---|---|
| 12-26 | PAPER STATEMENT FEE | 1 @ $3.00 | $3.00 |
| Total | | | $3.00 |

### Aggregate Overdraft and Returned Item Fees

| | Total for this period | Total Year-to-Date This Year | Total Year-to-Date Prior Year |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $34.00 |

### KeyNotes

EQUAL HOUSING LENDER  Member FDIC
Page 3 of 4

currently serves on the Executive Committee and as Chair of the Benefits and Pension Committee.

He is Vice President of Construction for Wegmans Food Markets Inc. where he has been employed for over 24 years. Prior to working at Wegmans he was Project Manager and Estimator for a local general contractor for 12 years and a Structural Designer for 7 years.

...gineering from Syracuse University. He has been active in the Greece and Hilton community as a coach and volunteer for many ...izations. He has also been active with many church related activities with St. Mark's Church. He and his wife Julie live in ... Carl, Mitchell, and Brian.

**...ies of each of this year's nominees, please visit summitfcu.org or call us to have a copy mailed to you.**

SubRiver: Under guidelines specified by the National Credit Union Administration (NCUA), members interested in participating in a decision-making on the Board of Directors may do so by complying with these procedures: 1. A petition must be signed by 1% of the membership, at least 500 members. Signatures must be legible and include the member's account number. 2. Included with any petition must be a Statement of qualification and a biography with a background ... and a current job, second credit union or financial experience and any other committee involvement. 3. Petitions must be received by February 13, 2020, and sent to Lucy Wolf, The Summit FCU, Canal Ponds Business Park, 100 Marina Drive, Rochester, New York 14626. 4. The nominee will not be contacted by letter and there will be no nominations from the floor when the number of nominees equals the number of positions filled.

---

Page 2 of 3

KIM M GARBO

Statement Period: 10/01/19 – 12/31/19

| POST DATE | EFFECTIVE DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 10/01 | | PRIMARY SAVINGS – 0001    PREVIOUS BALANCE | | 5.00 |
| 12/31 | | Available Ending Bal Dividends YTD | | 5.00 |
| 12/01 | | ENHANCED CHECKING – 0080    PREVIOUS BALANCE | | 1106.95 |
| 12/01 | | Withdrawal Summit Online Access Transfer To Loan 277644371 Summit Online Access 12/01/2019 15:00 83205 | -960.74 | 146.21 |
| 12/02 | | Withdrawal Debit Card TIM HORTONS #914567 TONAWANDA NY | -3.89 | 142.32 |
| 12/06 | | Withdrawal Debit Card MCDONALD'S F11936 TONAWANDA NY | -4.11 | 138.21 |
| 12/06 | | Withdrawal Debit Card MSB TONAWANDA CITY SCHOOL HTTP://WWW.TO NY | -32.49 | 105.72 |
| 12/12 | | Withdrawal Debit Card SUNOCO 0200448900 TONAWANDA NY | -20.07 | 85.65 |
| 12/13 | | Deposit ACH XYLEM INC TYPE: DIRECT DEP ID: 9111111101 CO: XYLEM INC | 475.00 | 560.65 |
| 12/18 | | Withdrawal ACH MONY LIFE INS CO TYPE: LIDP PREM ID: 2742742742 CO: MONY LIFE INS CO | -34.00 | 526.65 |
| 12/23 | | Withdrawal Debit Card PENINSULA RIDGE ESTATE BEAMSVILLE CA | -42.31 | 484.34 |
| 12/23 | | Withdrawal Debit Card Fee VISA INTERNATIONAL SERVICE ASSESSMENT Date 12/20/19 | -0.42 | 483.92 |
| 12/23 | | Withdrawal Debit Card SUNOCO 0364573600 1442 UNION & CENTER STR | -15.00 | 468.92 |
| 12/26 | | Withdrawal POS #801942 SAMSCLUB #6673 3735 UNION RD CHEEKTOWAGA NY | -12.32 | 456.60 |
| 12/27 | | Deposit ACH XYLEM INC TYPE: DIRECT DEP ID: 9111111101 CO: XYLEM INC | 475.00 | 931.60 |
| 12/30 | | Deposit Shared Branch #041226 The Summit FCU Mobile Rochester NY | 50.00 | 981.60 |
| 12/30 | | Deposit Shared Branch #170353 The Summit FCU Mobile Rochester NY | 25.00 | 1006.60 |
| 12/31 | | Available Ending Bal Dividends YTD | | 1006.60 |

--- Continued on following page ---

---

Page 3 of 3

KIM M GARBO

Statement Period: 10/01/19 – 12/31/19

| POST DATE | EFFECTIVE DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|