UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE
    KIM M. GARBO                                               Chapter 7
                                                                            Case 21-11053
                      Debtor
_____

## CERTIFICATE OF SERVICE

I, Christopher J. Tyrpak, certify that on April 6, 2022 I served true and correct copies of the Debtor's Affidavit in support of lien avoidance on the following parties by 1st Class Mail:

Joseph G. Frazier
280 East Ave.
Lockport, NY 14094

Office of the United States Trustee
300 Pearl Street, Ste. 401
Buffalo, NY 14202

Discover Bank
Attn: Roger Hochschild, CEO
2500 Lake Cooke Road
Riverwoods, IL 60015

Kirschenbaum & Phillips PC
40 Daniel St. Ste. 7
POB 9000
Farmingdale, NY 11735

                                                                                  /s/Christopher J. Tyrpak

                                                                                  Christopher J. Tyrpak
                                                                                  2560 Walden Ave. Ste. 112
                                                                                  Cheektowaga, NY 14225
                                                                                  716-288-9175