# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 4/11/2022 |
| Case: 1−21−11053−CLB | Form ID: pdforder | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Joseph G Frazier | trustee@joefrazierlaw.com |
| aty | Christopher J Tyrpak | cjtyrpak@gmail.com |
| aty | Joseph G. Frazier | jfrazierlaw@aol.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Kim M. Garbo | 99 Ilion Street | Tonawanda, NY 14150 | |
| smg | Office of the U.S. Trustee | 300 Pearl Street, Suite 401 | Olympic Towers | Buffalo, NY 14202 |
| | Discover Bank | Attn: Roger Ilochschild, CEO | 2500 Lake Cook Road | Riverwoods, IL 60015 |
| | Kirschenbaum & Phillips PC | 40 Daniel St. Suite 7 | POB 9000 | Farmingdale, NY 11735 |

TOTAL: 4