UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

In Re: §
§
Kim M. Garbo § Case No. 21-11053
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/13/2021. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,902.33 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,902.33 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 02/22/2022 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $975.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $975.58, for a total compensation of $975.58[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2.16, for total expenses of $2.16[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/24/2022                By: /s/Joseph G. Frazier, TR
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 21-11053 | CLB | Judge: | Carl L. Bucki | Trustee Name: | Joseph G. Frazier, TR |
|---|---|---|---|---|---|---|
| Case Name: | Kim M. Garbo | | | | Date Filed (f) or Converted (c): | 10/13/2021 (f) |
| | | | | | 341(a) Meeting Date: | 11/17/2021 |
| For Period Ending: | 05/24/2022 | | | | Claims Bar Date: | 02/22/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 99 Ilion Street Tonawanda Ny 14150-0000 Erie | 170,000.00 | 80,025.00 | | 0.00 | FA |
| 2. 2007 Chevrolet Trailblazer Mileage: 205000 Ex-Spouse On Title Debtor Entitled To 100% Ownership Ls 4Wd In Bad Condition. 4Wd Doesn't Work. Needs Significant Work Nada Rough Trade-In | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Aero Pop-Up Camper | 800.00 | 800.00 | | 0.00 | FA |
| 4. Basic Household Furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. Television, Cell Phone, Laptop | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Treadmill | 50.00 | 50.00 | | 0.00 | FA |
| 7. 1 Smith & Wesson Ez Slide 380 Pistol | 200.00 | 200.00 | | 0.00 | FA |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Engagement Ring, Wedding Band | 900.00 | 0.00 | | 0.00 | FA |
| 10. Keybank | 45.00 | 0.00 | | 0.00 | FA |
| 11. Summit Fcu | 358.00 | 0.00 | | 0.00 | FA |
| 12. Xlem | 233,400.00 | 0.00 | | 0.00 | FA |
| 13. Mony Life Insurance Company Whole Life $6785 Value With $4300 Loan | 2,485.00 | 0.00 | | 0.00 | FA |
| 14. Pro-rated 2021 tax refunds (u) | Unknown | 3,902.33 | | 0.00 | 3,902.33 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $414,938.00      $84,977.33      $0.00      $3,902.33

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 1-21-11053-CLB, Doc 49, Filed 06/27/22, Entered 06/27/22 09:18:09, Description: Main Document, Page 3 of 10

Case Summary and Chronology to Date:

A voluntary chapter 7 case was filed on October 13, 2021. The section 341(a) meeting was conducted on November 17, 2021. On November 18, 2021, the trustee filed a request for a claims bar date. The last day for creditors to file claims expired on February 22, 2022. Unsecured claims totaling $22,615.44 have been filed. No claim objections were filed.

The trustee has investigated the nature and extent of the debtor's interests in pro-rated 2021 state and federal income tax returns. Returns were received by trustee in March 2022, and demand for the pro-rated non-exempt portion was made to debtor's counsel on April 7, 2022. The debtor remitted the demanded sum on May 3, 2022.

Exhibit A

Initial Projected Date of Final Report (TFR): 06/01/2022     Current Projected Date of Final Report (TFR): 06/01/2022

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 21-11053  
Case Name: Kim M. Garbo  
Trustee Name: Joseph G. Frazier, TR  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0069  
Checking  

Taxpayer ID No: XX-XXX8878  
For Period Ending: 05/24/2022  
Blanket Bond (per case limit): $0.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/22 | | Kim M. Garbo<br>99 Ilion St.<br>Tonawanda, NY 14150 | tax refund | 1124-000 | $3,902.33 | | $3,902.33 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,902.33 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,902.33 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,902.33 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0069 - Checking | $3,902.33 | $0.00 | $3,902.33 |
|  | $3,902.33 | $0.00 | $3,902.33 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,902.33 |
| Total Gross Receipts: | $3,902.33 |

Page Subtotals $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1-21-11053-CLB
Debtor Name: Kim M. Garbo
Claims Bar Date: 2/22/2022

Date: May 24, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joseph G. Frazier<br>280 East Ave<br>Lockport, NY 14094 | Administrative | | $0.00 | $975.58 | $975.58 |
| 100 2200 | Joseph G. Frazier<br>280 East Ave<br>Lockport, NY 14094 | Administrative | | $0.00 | $2.16 | $2.16 |
| 100 3110 | Joseph G Frazier<br>280 East Avenue<br>Lockport, NY 14094 | Administrative | | $0.00 | $175.00 | $175.00 |
| 2 300 7100 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Unsecured | Sch F 4.8 | $511.00 | $511.00 | $511.00 |
| 3 300 7100 | Kohl"s<br>Peritus Portfolio Services Ii, Llc<br>Po Box 141509<br>Irving, Tx 75014 | Unsecured | Sch F 4.7 | $1,438.00 | $1,438.16 | $1,438.16 |
| 4 300 7100 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Unsecured | Sch F 4.5 | $4,854.00 | $4,854.05 | $4,854.05 |
| 5 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | Sch F 4.11 | $5,763.00 | $5,724.24 | $5,724.24 |
| 6 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | Sch F 4.10 | $10,088.00 | $10,087.99 | $10,087.99 |
| | Case Totals | | | $22,654.00 | $23,768.18 | $23,768.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                    Printed: May 24, 2022

UST Form 101-7-TFR(5/1/2011)(Page 7)
Case 1-21-11053-CLB, Doc 49, Filed 06/27/22, Entered 06/27/22 09:18:09,
Description: Main Document , Page 7 of 10

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-11053
Case Name: Kim M. Garbo
Trustee Name: Joseph G. Frazier, TR

| | | |
|---|---|---|
| Balance on hand | $ | 3,902.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph G. Frazier | $ 975.58 | $ 0.00 | $ 975.58 |
| Trustee Expenses: Joseph G. Frazier | $ 2.16 | $ 0.00 | $ 2.16 |
| Attorney for Trustee Fees: Joseph G Frazier | $ 175.00 | $ 0.00 | $ 175.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,152.74 |
| Remaining Balance | $ 2,749.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,615.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department Stores National Bank | $ 511.00 | $ 0.00 | $ 62.13 |
| 3 | Kohl"s | $ 1,438.16 | $ 0.00 | $ 174.85 |
| 4 | Citibank, N.A. | $ 4,854.05 | $ 0.00 | $ 590.16 |
| 5 | Portfolio Recovery Associates, Llc | $ 5,724.24 | $ 0.00 | $ 695.95 |
| 6 | Portfolio Recovery Associates, Llc | $ 10,087.99 | $ 0.00 | $ 1,226.50 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,749.59 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE