# Compensation Worksheet

**Case Number: 21-11053**
**Debtor: Garbo, Kim M.**

## Computation of Compensation

Total compensable disbursements are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | $3,902.33 |
|  | Receipts | $3,902.33 | 25% of first 5,000 | $975.58 |
| Less |  | $5,000.00 | ($1250.00 Max) |  |
|  | Balance | $0.00 | 10% of next 45,000 | $0.00 |
| Less |  | $45,000.00 | ($4500.00 Max) |  |
|  | Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less |  | $950,000.00 | ($47,500.00 Max) |  |
|  | Balance | $0.00 | 3% of balance | $0.00 |

Total Compensation Calculated: $975.58

Less Previously Paid Compensation:

**Total Compensation Requested:** $975.58

Signed  /s/ Joseph G. Frazier        Trustee:  Joseph G. Frazier
                                              280 East Ave
                                              Lockport, NY  14094

# Trustee Expenses

**Case Number: 21-11053**
**Debtor: Garbo, Kim M.**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 01/26/2022 | Photocopies: Copies<br>copies of order/letter | 4.000000 | Page(s) | $0.25 | $1.00 |
| | | 4.000000 | | | $1.00 |
| 01/26/2022 | Postage: Postage<br>mail letters to debtor/counsel with turnover order | 2.000000 | Unit(s) | $0.58 | $1.16 |
| | | 2.000000 | | | $1.16 |
| | **Total Expenses** | | | | **$2.16** |

**Expense Recap**

| | | |
|---|---|---|
| | Photocopies | $1.00 |
| | Postage | $1.16 |
| | **Total Expenses** | **$2.16** |

**Total Expenses:** $2.16

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $2.16

Signed  /s/ Joseph G. Frazier          Trustee:  Joseph G. Frazier
                                                 280 East Ave
                                                 Lockport, NY 14094