Trustee: Joseph G. Frazier
# Time Worksheet

**Case Number:** 21-11053　　　　　　　　　**Case Name:** Garbo, Kim M.
**Case Status:** OPEN　　　　　　　　　　　　　　**Judge:** Carl L. Bucki
**Petition Date:** 10/13/21　　　　**Original 341a Meeting:** 11/17/21

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: A - Correspondence with Counsel** | | | | |
| 01/26/22 | serve stipulated Order for turnover on debtor/counsel via us mail w/ cover letter | 0.20 | 250.00 | 50.00 |
| | **Totals for A - Correspondence with Counsel** | 0.20 | | 50.00 |
| **Matter Code: A - Draft Document** | | | | |
| 11/17/21 | draft stipulation for turnover and for extensions of time, email to debtor's counsel | 0.20 | 250.00 | 50.00 |
| 11/17/21 | draft Application to Employ Joseph G. Frazier, PC as attorney for trustee, and file via EWCF | 0.10 | 250.00 | 25.00 |
| | **Totals for A - Draft Document** | 0.30 | | 75.00 |
| **Matter Code: A - ECF Filing** | | | | |
| 11/17/21 | file Notice of Assets via ECF | 0.10 | 250.00 | 25.00 |
| 12/22/21 | File Stipulated Motion for Turnover/Extension of Time via ECF | 0.10 | 250.00 | 25.00 |
| | **Totals for A - ECF Filing** | 0.20 | | 50.00 |
| **Matter Code: B - Correspondence** | | | | |
| 05/02/22 | email to debtor's counsel | 0.10 | 0.00 | 0.00 |
| 05/10/22 | email to Axos Bank requesting interim bank account statement | 0.10 | 0.00 | 0.00 |
| | **Totals for B - Correspondence** | 0.20 | | 0.00 |
| **Matter Code: B - Deposit Log Entry** | | | | |
| 05/03/22 | deposit and log entry for funds received from debtor (tax refunds - prorated) | 0.25 | 0.00 | 0.00 |
| | **Totals for B - Deposit Log Entry** | 0.25 | | 0.00 |
| **Matter Code: B - EFC Filing** | | | | |
| 05/24/22 | file notice of compliance with turnover order via ECF | 0.10 | 0.00 | 0.00 |
| | **Totals for B - EFC Filing** | 0.10 | | 0.00 |
| **Matter Code: B - Investigate Assets** | | | | |
| 04/07/22 | Reviewed debtor's 2021 state and federal income tax returns, calculated non-exempt portion and email to debtor's counsel | 0.25 | 0.00 | 0.00 |
| | **Totals for B - Investigate Assets** | 0.25 | | 0.00 |
| **Matter Code: B - Review Claims** | | | | |
| 05/02/22 | Review claims register in preparation of TFR | 0.50 | 0.00 | 0.00 |
| | **Totals for B - Review Claims** | 0.50 | | 0.00 |
| | **Report Totals** | 2.00 | | 175.00 |

Case 1-21-11053-CLB,　　Doc 49-2,　　Filed 06/27/22,　　Entered 06/27/22 09:18:09,
Description: Attorney for Chapter 7 Trustee Fee Application, Page 1 of 1

05/24/22 01:10:07 PM