**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **GARBO, KIM M.** | ) | |
| | ) | **Case No. 21-11053-CLB** |
| | ) | |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for Trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on approval has not yet been sought, and the Court having considered filed objections, if any and upon due deliberation, it is

**ORDERED** that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amount Allowed | |
|---|---|---|
| | Compensation | Expense |
| Joseph G. Frazier<br>Trustee | 975.58 | 2.16 |
| Joseph G Frazier<br>Attorney for Trustee | 175.00 | 0.00 |

and it is further

**ORDERED** that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report and Account) not yet approved are now allowed and approved, and it is further

**ORDERED** that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

|            |     |          |
|------------|-----|----------|
| Notices    | $   | _____ |
| Claims     | $   | _____ |
| Complaints | $   | _____ |
| Other      | $   | _____ |
| Total to Clerk | $ | 0.00   |

Dated: _____

_____
CARL L. BUCKI, Judge
United States Bankruptcy Court