# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 7/5/2022 |
| Case: 1−21−11053−CLB | Form ID: 318 | Total: 25 |

**Recipients of Notice of Electronic Filing:**
aty      Christopher J Tyrpak      cjtyrpak@gmail.com
aty      Joseph G. Frazier      jfrazierlaw@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Kim M. Garbo      99 Ilion Street      Tonawanda, NY 14150
tr      Joseph G Frazier      Joseph G. Frazier      280 East Ave      Lockport, NY 14094
cr      Synchrony Bank c/o PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
cr      The Summit Federal Credit Union      100 Marina Drive      Rochester, NY 14626
21882702      Capital One      AttnL: Bankruptcy      Po Box 30285      Salt Lake City, UT 84130
21882703      Chase Card Services      Attn: Bankruptcy      Po Box 15298      Wilmington, DE 19850
21882704      Citi/Sears      Citibank/Centralized Bankruptcy      Po Box 790034      St Louis, MO 63179
21891392      Citibank, N.A.      5800 S Corporate Pl      Sioux Falls, SD 57108−5027
21882705      Citizens Bank      One Citizens Drive      Ms: Rop 15b      Riverside, RI 02915
21890380      Department Stores National Bank      c/o Quantum3 Group LLC      PO Box 657      Kirkland, WA 98083−0657
21890891      Kohl's      Peritus Portfolio Services II, LLC      PO BOX 141509      IRVING, TX 75014
21882706      Kohls/Capital One      Attn: Credit Administrator      Po Box 3043      Milwaukee, WI 53201
21882707      Macys/fdsb      Attn: Bankruptcy      7 West Seventh Street      Cincinnati, OH 45202
21882708      Niagara Frontier Volleyball      425 Meyer Road      Buffalo, NY 14224
21882839      PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
21882709      Portfolio Recovery Associates, LLC      Attn: Bankruptcy      120 Corporate Boulevard      Norfolk, VA 23502
21894286      Portfolio Recovery Associates, LLC      POB 41067      Norfolk VA 23541
21882710      Security Credit Systems, Inc.      100 River Rock Drive Suite 200      Buffalo, NY 14207
21882711      Selip & Stylianou LLP      199 Crossways Park Drive      Woodbury, NY 11797
21882712      Summit Federal Credit Union      Attn: Bankruptcy Dept      100 Marina Dr      Rochester, NY 14626
21882713      Target      c/o Financial & Retail Services      Mailstop BT PO Box 9475      Minneapolis, MN 55440
21888145      The Summit Federal Credit Union      100 Marina Drive      Rochester, New York 14626
21882714      X−Cell Laboratories of WNY, Inc.      PO Box 8000 Dept. 586      Buffalo, NY 14267

TOTAL: 23