United States Bankruptcy Court
Western District of New York

In re:  
Kim M. Garbo  
    Debtor

Case No. 21-11053-CLB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0209-1     User: admin     Page 1 of 2  
Date Rcvd: Jul 05, 2022     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim M. Garbo, 99 Ilion Street, Tonawanda, NY 14150-5419 |
| 21882708 | + | Niagara Frontier Volleyball, 425 Meyer Road, Buffalo, NY 14224-1954 |
| 21882710 | + | Security Credit Systems, Inc., 100 River Rock Drive Suite 200, Buffalo, NY 14207-2163 |
| 21882711 | + | Selip & Stylianou LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 21882714 | + | X-Cell Laboratories of WNY, Inc., PO Box 8000 Dept. 586, Buffalo, NY 14267-0002 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJGFRAZIER | Jul 05 2022 22:43:00 | Joseph G Frazier, Joseph G. Frazier, 280 East Ave, Lockport, NY 14094-3826 |
| cr | + | EDI: RMSC.COM | Jul 05 2022 22:43:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bkcollect@summitfcu.org | Jul 05 2022 18:35:00 | The Summit Federal Credit Union, 100 Marina Drive, Rochester, NY 14626 |
| 21882705 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 05 2022 18:35:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 21882702 | + | EDI: CAPITALONE.COM | Jul 05 2022 22:43:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 21882704 | + | EDI: CITICORP.COM | Jul 05 2022 22:43:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 21891392 | | EDI: CITICORP.COM | Jul 05 2022 22:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 21882707 | + | EDI: CITICORP.COM | Jul 05 2022 22:43:00 | Macys/fdsb, Attn: Bankruptcy, 7 West Seventh Street, Cincinnati, OH 45202 |
| 21890380 | | EDI: Q3G.COM | Jul 05 2022 22:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 21882703 | | EDI: JPMORGANCHASE | Jul 05 2022 22:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 21890891 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 05 2022 18:35:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 21882706 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 05 2022 18:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 21882709 | | EDI: PRA.COM | Jul 05 2022 22:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 21894286 | | EDI: PRA.COM | Jul 05 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 41067, |

| | | | | |
|---|---|---|---|---|
| 21882839 | + EDI: RECOVERYCORP.COM | | Jul 05 2022 22:43:00 | Norfolk VA 23541<br>PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 21882712 | Email/Text: bkcollect@summitfcu.org | | Jul 05 2022 18:35:00 | Summit Federal Credit Union, Attn: Bankruptcy Dept, 100 Marina Dr, Rochester, NY 14626 |
| 21888145 | Email/Text: bkcollect@summitfcu.org | | Jul 05 2022 18:35:00 | The Summit Federal Credit Union, 100 Marina Drive, Rochester, New York 14626 |
| 21882713 | + EDI: WTRRNBANK.COM | | Jul 05 2022 22:43:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J Tyrpak | on behalf of Debtor Kim M. Garbo cjtyrpak@gmail.com |
| Joseph G Frazier | trustee@joefrazierlaw.com jfrazier@ecf.axosfs.com |
| Joseph G. Frazier | on behalf of Trustee Joseph G Frazier jfrazierlaw@aol.com |
| Joseph W. Allen, 11 | USTPRegion02.bu.ecf@usdoj.gov Joseph.W.Allen@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kim M. Garbo**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–9253** |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court  **Western District of New York** | | |
| Case number:  **1–21–11053–CLB** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Kim M. Garbo**

July 5, 2022

**By the court:**  Carl L. Bucki
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

Case 1-21-11053-CLB,  Doc 51,  Filed 07/07/22,  Entered 07/08/22 00:31:47,
Description: Imaged Certificate of Notice, Page 3 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

Case 1-21-11053-CLB, Doc 51, Filed 07/07/22, Entered 07/08/22 00:31:47, Description: Imaged Certificate of Notice, Page 4 of 4