UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    Kim M. Garbo<br><br>            Debtor(s) | Case No.: 1−21−11053−CLB<br>Chapter: 7<br><br>SSN: xxx−xx−9253 |

## NOTICE REGARDING CALL−IN INSTRUCTIONS FOR HEARINGS BEFORE JUDGE BUCKI

**PLEASE TAKE NOTICE** that a hearing will be held on the Trustee's Summary of Final Report and Account, Hearing on Applications for Compensation and Hearing on Substantive Consolidation(if applicable) on **August 8, 2022 at 10:00 A.M.** in the Robert H. Jackson U.S. Courthouse. Those wishing to appear can do so telephonically.

To access the Telephone Conference System, parties should dial **571−353−2301**. When prompted for the "Number You Wish to Dial," enter: **483077448#**. When prompted for the "Security Pin," enter: **9999#**.

Date: July 11, 2022　　　　　　　　　　　　　　　　　Lisa Bertino Beaser
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

*In the event of severe weather or other emergency situations, please call (716) 362−3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form teleCLB/Doc 54
www.nywb.uscourts.gov

Case 1-21-11053-CLB,　　Doc 54,　　Filed 07/11/22,　　Entered 07/11/22 10:36:15,
Description: Telephone CLB, Page 1 of 1