# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 7/11/2022 |
| Case: 1−21−11053−CLB | Form ID: teleBuff | Total: 1 |

**Recipients of Notice of Electronic Filing:**
tr       Joseph G Frazier      trustee@joefrazierlaw.com

TOTAL: 1