UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  )
GARBO, KIM M.  ) Chapter 7
 )
 ) Case No. 21-11053-CLB
 )
 Debtor(s)  )

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for Trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on approval has not yet been sought, and the Court having considered filed objections, if any and upon due deliberation, it is

**ORDERED** that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

Applicant(s)                                                                Amount Allowed

                                                                    Compensation    Expense

Joseph G. Frazier
Trustee                                                               975.58        2.16

Joseph G Frazier
Attorney for Trustee                                                  175.00        0.00

and it is further

**ORDERED** that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report and Account) not yet approved are now allowed and approved, and it is further

**ORDERED** that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

|  |  |  |
|--|--|--|
| Notices | $ | _____ |
| Claims | $ | _____ |
| Complaints | $ | _____ |
| Other | $ | _____ |
| Total to Clerk | $ | 0.00 |

Dated: AUG - 8 2022

CARL L. BUCKI, Judge
United States Bankruptcy Court



FILED AUG - 8 2022 BANKRUPTCY COURT BUFFALO, NY