# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0209–1 | User: admin | Date Created: 8/8/2022 | |
| Case: 1–21–11053–CLB | Form ID: pdforder | Total: 5 | |

**Recipients of Notice of Electronic Filing:**
tr     Joseph G Frazier     trustee@joefrazierlaw.com
aty     Christopher J Tyrpak     cjtyrpak@gmail.com
aty     Joseph G. Frazier     jfrazierlaw@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Kim M. Garbo     99 Ilion Street     Tonawanda, NY 14150
smg     Office of the U.S. Trustee     300 Pearl Street, Suite 401     Olympic Towers     Buffalo, NY 14202

TOTAL: 2