United States Bankruptcy Court
Western District of New York

In re:  Case No. 21-11053-CLB
Kim M. Garbo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0209-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: pdforder | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim M. Garbo, 99 Ilion Street, Tonawanda, NY 14150-5419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.bu.ecf@usdoj.gov | Aug 08 2022 18:18:00 | Office of the U.S. Trustee, 300 Pearl Street, Suite 401, Olympic Towers, Buffalo, NY 14202-2523 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J Tyrpak | on behalf of Debtor Kim M. Garbo cjtyrpak@gmail.com |
| Joseph G Frazier | trustee@joefrazierlaw.com  jfrazier@ecf.axosfs.com |
| Joseph G. Frazier | on behalf of Trustee Joseph G Frazier jfrazierlaw@aol.com |
| Joseph W. Allen, 11 | |

USTPRegion02.bu.ecf@usdoj.gov  Joseph.W.Allen@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: )
)
GARBO, KIM M. ) Chapter 7
)
) Case No. 21-11053-CLB
)
)
Debtor(s) )
)

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for Trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on approval has not yet been sought, and the Court having considered filed objections, if any and upon due deliberation, it is

**ORDERED** that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amount Allowed | |
| --- | --- | --- |
| | Compensation | Expense |
| Joseph G. Frazier<br>Trustee | 975.58 | 2.16 |
| Joseph G Frazier<br>Attorney for Trustee | 175.00 | 0.00 |

and it is further

**ORDERED** that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report and Account) not yet approved are now allowed and approved, and it is further

**ORDERED** that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

|              |    |      |
|-------------:|----|-----:|
| Notices      | $  |      |
| Claims       | $  |      |
| Complaints   | $  |      |
| Other        | $  |      |
| Total to Clerk | $ | 0.00 |

Dated: AUG - 8 2022

CARL L. BUCKI, Judge
United States Bankruptcy Court



FILED AUG - 8 2022
BANKRUPTCY COURT
BUFFALO, NY