UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

In Re: §
§
Kim M. Garbo § Case No. 21-11053
§
Debtor §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph G. Frazier, TR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 81,075.00 *(Without deducting any secured claims)* | Assets Exempt: 333,863.00 |
| Total Distributions to Claimants: 2,749.59 | Claims Discharged Without Payment: 133,670.85 |
| Total Expenses of Administration: 1,152.74 | |

3) Total gross receipts of $3,902.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,902.33 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $92,183.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,152.74 | 1,152.74 | 1,152.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,276.00 | 22,615.44 | 22,615.44 | 2,749.59 |
| **TOTAL DISBURSEMENTS** | $136,459.00 | $23,768.18 | $23,768.18 | $3,902.33 |

4) This case was originally filed under chapter 7 on 10/13/2021. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2022     By:/s/Joseph G. Frazier, TR
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refunds | 1124-000 | 3,902.33 |
| **TOTAL GROSS RECEIPTS** | | **$3,902.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Summit Federal Credit Union, Attn: Bankruptcy Dept 100 Marina Dr Rochester, NY 14626 | | 92,183.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$92,183.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph G. Frazier | 2100-000 | NA | 975.58 | 975.58 | 975.58 |
| Joseph G. Frazier | 2200-000 | NA | 2.16 | 2.16 | 2.16 |
| Joseph G Frazier | 3110-000 | NA | 175.00 | 175.00 | 175.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $1,152.74 | $1,152.74 | $1,152.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, AttnL: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 339.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 5,153.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 2,369.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 1,775.00 | NA | NA | 0.00 |
| | Citizens Bank, One Citizens Drive Ms: Rop 15b Riverside, RI 02915 | | 7,430.00 | NA | NA | 0.00 |
| | Niagara Frontier Volleyball, 425 Meyer Road Buffalo, NY 14224 | | 1,300.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates, LLC, Attn: Bankruptcy 120 Corporate Boulevard Norfolk, VA 23502 | | 340.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Security Credit Systems, Inc., 100 River Rock Drive Suite 200 Buffalo, NY 14207 | | 1,410.00 | NA | NA | 0.00 |
| | Target, c/o Financial & Retail Services Mailstop BT PO Box 9475 Minneapolis, MN 55440 | | 1,392.00 | NA | NA | 0.00 |
| | X-Cell Laboratories of WNY, Inc., PO Box 8000 Dept. 586 Buffalo, NY 14267 | | 114.00 | NA | NA | 0.00 |
| 4 | Citibank, N.A. | 7100-000 | 4,854.00 | 4,854.05 | 4,854.05 | 590.16 |
| 2 | Department Stores National Bank | 7100-000 | 511.00 | 511.00 | 511.00 | 62.13 |
| 3 | Kohl"s | 7100-000 | 1,438.00 | 1,438.16 | 1,438.16 | 174.85 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 5,763.00 | 5,724.24 | 5,724.24 | 695.95 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 10,088.00 | 10,087.99 | 10,087.99 | 1,226.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,276.00 | $22,615.44 | $22,615.44 | $2,749.59 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 21-11053 | CLB | Judge: | Carl L. Bucki | Trustee Name: | Joseph G. Frazier, TR |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Kim M. Garbo | | | | Date Filed (f) or Converted (c): | 10/13/2021 (f) |
| | | | | | 341(a) Meeting Date: | 11/17/2021 |
| For Period Ending: | 09/13/2022 | | | | Claims Bar Date: | 02/22/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 99 Ilion Street Tonawanda Ny 14150-0000 Erie | 170,000.00 | 80,025.00 | | 0.00 | FA |
| 2. 2007 Chevrolet Trailblazer Mileage: 205000 Ex-Spouse On Title Debtor Entitled To 100% Ownership Ls 4Wd In Bad Condition. 4Wd Doesn't Work. Needs Significant Work Nada Rough Trade-In | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Aero Pop-Up Camper | 800.00 | 800.00 | | 0.00 | FA |
| 4. Basic Household Furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. Television, Cell Phone, Laptop | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Treadmill | 50.00 | 50.00 | | 0.00 | FA |
| 7. 1 Smith & Wesson Ez Slide 380 Pistol | 200.00 | 200.00 | | 0.00 | FA |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Engagement Ring, Wedding Band | 900.00 | 0.00 | | 0.00 | FA |
| 10. Keybank | 45.00 | 0.00 | | 0.00 | FA |
| 11. Summit Fcu | 358.00 | 0.00 | | 0.00 | FA |
| 12. Xlem | 233,400.00 | 0.00 | | 0.00 | FA |
| 13. Mony Life Insurance Company Whole Life $6785 Value With $4300 Loan | 2,485.00 | 0.00 | | 0.00 | FA |
| 14. Pro-rated 2021 tax refunds (u) | Unknown | 3,902.33 | | 0.00 | 3,902.33 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $414,938.00     $84,977.33     $0.00     $3,902.33

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Summary and Chronology to Date:

A voluntary chapter 7 case was filed on October 13, 2021. The section 341(a) meeting was conducted on November 17, 2021. On November 18, 2021, the trustee filed a request for a claims bar date. The last day for creditors to file claims expired on February 22, 2022. Unsecured claims totaling $22,615.44 have been filed. No claim objections were filed.

The trustee has investigated the nature and extent of the debtor's interests in pro-rated 2021 state and federal income tax returns. Returns were received by trustee in March 2022, and demand for the pro-rated non-exempt portion was made to debtor's counsel on April 7, 2022. The debtor remitted the demanded sum on May 3, 2022.

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/01/2022     Current Projected Date of Final Report (TFR): 06/01/2022

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 21-11053　　　　　　　　　　　　　　　　　　　　Trustee Name: Joseph G. Frazier, TR
Case Name: Kim M. Garbo　　　　　　　　　　　　　　　　Bank Name: Axos Bank
　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0069
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX8878　　　　　　　　　Blanket Bond (per case limit): $6,334,086.00
For Period Ending: 09/13/2022　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/22 | | Kim M. Garbo<br>99 Ilion St.<br>Tonawanda, NY 14150 | tax refund | 1124-000 | $3,902.33 | | $3,902.33 |
| 08/10/22 | 101 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Distribution<br>Claim #2 | 7100-000 | | $62.13 | $3,840.20 |
| 08/10/22 | 102 | Kohl"s<br>Peritus Portfolio Services Ii, Llc<br>Po Box 141509<br>Irving, Tx 75014 | Distribution<br>Claim #3 | 7100-000 | | $174.85 | $3,665.35 |
| 08/10/22 | 103 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Distribution<br>Claim #4 | 7100-000 | | $590.16 | $3,075.19 |
| 08/10/22 | 104 | Portfolio Recovery Associates, Llc<br>POB 41067<br>Norfolk Va 23541 | Distribution<br>Claim #5 | 7100-000 | | $695.95 | $2,379.24 |
| 08/10/22 | 105 | Portfolio Recovery Associates, Llc<br>POB 41067<br>Norfolk Va 23541 | Distribution<br>Claim #6 | 7100-000 | | $1,226.50 | $1,152.74 |
| 08/10/22 | 106 | Joseph G. Frazier<br>280 East Ave<br>Lockport, NY 14094 | Distribution<br>Trustee Fees | 2100-000 | | $975.58 | $177.16 |
| 08/10/22 | 107 | Joseph G. Frazier<br>280 East Ave<br>Lockport, NY 14094 | Distribution<br>Trustee Expenses | 2200-000 | | $2.16 | $175.00 |
| 08/10/22 | 108 | Joseph G. Frazier<br>280 East Ave<br>Lockport, NY 14094 | Distribution<br>Attorney for Trustee Fees | 3110-000 | | $175.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,902.33 | $3,902.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,902.33 | $3,902.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,902.33 | $3,902.33 |

Page Subtotals: $3,902.33　$3,902.33

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 1-21-11053-CLB, Doc 59 Filed 09/29/22, Entered 09/29/22 13:27:36, Description: Main Document , Page 9 of 10

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0069 - Checking | $3,902.33 | $3,902.33 | $0.00 |
|  | $3,902.33 | $3,902.33 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,902.33 |
| Total Gross Receipts: | $3,902.33 |